**MEMO ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 06/16/2023



200 SUMMIT LAKE DRIVE, VALHALLA, NY 10595
TEL: 914.449.1000   FAX: 914.449.1100   WWW.KBRLAW.COM

June 14, 2023

bmargolies@kbrlaw.com
914.449.1010

**VIA ECF**
Valerie Caproni, United States District Judge
United States District Court for the
 Southern District of New York
Thurgood Marshall
United States Courthouse
40 Foley Square, Room 240
New York, NY 10007

      Re:   *Aspen American Ins. Co. v. Dual Commercial LLC*
             Civil Action No.: 1:23-cv-03542-VEC

Dear Judge Caproni:

    Plaintiff Aspen American Insurance Company ("Aspen") respectfully moves the Court continue the initial case management conference that is scheduled for June 23, 2023 at 10:00 a.m., and to extend the deadline for the parties to submit the joint letter, which is currently due on June 15, 2023. (ECF No. 6.)

    Counsel for Aspen recently learned that counsel for Defendant Dual Commercial LLC ("Dual") will be withdrawing as counsel for Dual and new counsel will be assigned. (*See* Ex. A.) Until new counsel for Dual is assigned, Aspen is unable to confer with Dual on the issues required to be discussed and memorialized in the joint letter. As such, Aspen respectfully requests that the Court continue the initial case management conference and extend the deadline to file the joint letter to a date after Dual has retained new counsel.

    This is Aspen's first request for the relief requested herein.

                           Sincerely,

                           KAUFMAN BORGEEST & RYAN LLP

                           Brian Margolies

cc:   Sabrina Haurin

The initial pretrial conference in this matter is ADJOURNED to **Friday, July 7, 2023, at 10:00 A.M**. in Courtroom 443 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York, 10007.  The parties' pre-conference submissions, as described at Dkt. 6, are due on **June 29, 2023**.  Defendant is reminded that, pursuant to the Court's order at Dkt. 11, the deadline to answer or otherwise respond to the complaint is **June 26, 2023**.

Plaintiff is ordered to file proof of service of the endorsed letter on Defendant by **June 21, 2023**.

SO ORDERED.

06/16/2023

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE

# Sabrina Haurin

| | |
|---|---|
| **From:** | Gina Kim <kim.g@wssllp.com> |
| **Sent:** | Friday, June 9, 2023 1:30 PM |
| **To:** | Sabrina Haurin |
| **Cc:** | Christopher B. Burch; Brian Margolies |
| **Subject:** | RE: Aspen American Insurance Company v. Dual Commercial LLC |

We do not, unfortunately, but will let you know as soon as we do. As an FYI, Dual has not yet file an Answer, and their time to do so was extended to June 26, 2023.

Gina Kim, Esq.
Winget, Spadafora & Schwartzberg, LLP
45 Broadway, 32nd Floor
New York, New York 10006
(212) 221-6900 (office)
(212) 221-6989 (fax)
(213) 435-5757 (cell)
kim.g@WSSLLP.com  |  WSSLLP.com



PLEASE NOTE THIS MESSAGE IS INTENDED ONLY FOR THE INDIVIDUAL OR ENTITY TO WHICH IT IS ADDRESSED, AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL OR OTHERWISE PROTECTED FROM DISCLOSURE UNDER APPLICABLE LAW.  IF YOU ARE NOT THE INTENDED RECIPIENT OR OTHERWISE HAVE RECEIVED THIS EMAIL IN ERROR, PLEASE NOTIFY THE SENDER IMMEDIATELY BY RETURN EMAIL, AND DELETE THIS MESSAGE AND ALL ATTACHMENTS FROM YOUR COMPUTER SYSTEM.

IRS CIRCULAR 230 DISCLOSURE: TO ENSURE COMPLIANCE WITH U.S. TREASURY REGULATIONS GOVERNING TAX PRACTICE, WE INFORM YOU THAT:  ANY U.S. TAX ADVICE CONTAINED IN THIS COMMUNICATION (INCLUDING ATTACHMENTS) WAS NOT WRITTEN TO BE USED FOR AND CANNOT BE USED FOR (I) PURPOSES OF AVOIDING ANY TAX RELATED PENALTIES THAT MAY BE IMPOSED UNDER FEDERAL TAX LAWS, OR (II) THE PROMOTION, MARKETING OR RECOMMENDING TO ANOTHER PARTY OF ANY TRANSACTION OR MATTER ADDRESSED HEREIN.

**From:** Sabrina Haurin <shaurin@baileycav.com>
**Sent:** Friday, June 9, 2023 11:02 AM
**To:** Gina Kim <kim.g@wssllp.com>
**Cc:** Christopher B. Burch <cburch@baileycav.com>; Brian Margolies <bmargolies@kbrlaw.com>
**Subject:** RE: Aspen American Insurance Company v. Dual Commercial LLC

Gina:

Do you know who the new counsel will be? The court has scheduled the initial conference in this case and we are supposed to submit a joint letter by the 15th, so it would be helpful to know who we should be conferring with.

Sincerely,
Sabrina

Sabrina Haurin  *Member*

EXHIBIT A



10 W. Broad Street, Ste. 2100 • Columbus, OH 43215-3422
direct: 614.229.3253 • main: 614.221.3155 • fax: 614.221.0479

shaurin@baileycav.com | baileycav.com

Bailey Cavalieri LLC

This message is confidential and may contain privileged and confidential information or be protected from disclosure under applicable law. It is intended only for the use of the intended recipient(s) identified above. Any unauthorized review, dissemination, distribution, or duplication of this information is strictly prohibited. If you are not the intended recipient, please contact the sender immediately and permanently delete or destroy this communication and all attachments.

**From:** Gina Kim <kim.g@wsllp.com>
**Sent:** Thursday, June 8, 2023 7:56 PM
**To:** Sabrina Haurin <shaurin@baileycav.com>
**Subject:** RE: Aspen American Insurance Company v. Dual Commercial LLC

Hi Sabrina,

This case is being reassigned to new defense counsel. Please feel free to give me a call if you have any questions in the interim. Thank you.

Gina Kim, Esq.
Winget, Spadafora & Schwartzberg, LLP
45 Broadway, 32nd Floor
New York, New York 10006
(212) 221-6900 (office)
(212) 221-6989 (fax)
(213) 435-5757 (cell)
kim.g@WSSLLP.com | WSSLLP.com



PLEASE NOTE THIS MESSAGE IS INTENDED ONLY FOR THE INDIVIDUAL OR ENTITY TO WHICH IT IS ADDRESSED, AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL OR OTHERWISE PROTECTED FROM DISCLOSURE UNDER APPLICABLE LAW. IF YOU ARE NOT THE INTENDED RECIPIENT OR OTHERWISE HAVE RECEIVED THIS EMAIL IN ERROR, PLEASE NOTIFY THE SENDER IMMEDIATELY BY RETURN EMAIL, AND DELETE THIS MESSAGE AND ALL ATTACHMENTS FROM YOUR COMPUTER SYSTEM.

IRS CIRCULAR 230 DISCLOSURE: TO ENSURE COMPLIANCE WITH U.S. TREASURY REGULATIONS GOVERNING TAX PRACTICE, WE INFORM YOU THAT: ANY U.S. TAX ADVICE CONTAINED IN THIS COMMUNICATION (INCLUDING ATTACHMENTS) WAS NOT WRITTEN TO BE USED FOR AND CANNOT BE USED FOR (I) PURPOSES OF AVOIDING ANY TAX RELATED PENALTIES THAT MAY BE IMPOSED UNDER FEDERAL TAX LAWS, OR (II) THE PROMOTION, MARKETING OR RECOMMENDING TO ANOTHER PARTY OF ANY TRANSACTION OR MATTER ADDRESSED HEREIN.

**From:** Sabrina Haurin <shaurin@baileycav.com>
**Sent:** Tuesday, June 6, 2023 11:31 AM
**To:** Gina Kim <kim.g@wsllp.com>
**Cc:** Christopher B. Burch <cburch@baileycav.com>; Brian Margolies <bmargolies@kbrlaw.com>; Harris Katz <katz.h@wsllp.com>
**Subject:** Aspen American Insurance Company v. Dual Commercial LLC

EXHIBIT A

Gina:

Along with Brian Margolies, I and my colleague Chris Burch, also represent Aspen American Insurance Company in the above-referenced matter. I am writing to determine whether Dual is agreeable to conducting the initial conference that is scheduled for June 22nd by telephone as opposed to in person. If so, we will file an unopposed motion asking that the conference be converted to a telephone conference. Also, we will send you a draft joint letter this week for your review.

Sincerely,
Sabrina

Sabrina Haurin  *Member*

**BAILEY | CAVALIERI**

10 W. Broad Street, Ste. 2100  •  Columbus, OH 43215-3422

direct: 614.229.3253  •  main: 614.221.3155  •  fax: 614.221.0479

shaurin@baileycav.com  |  baileycav.com

Bailey Cavalieri LLC

This message is confidential and may contain privileged and confidential information or be protected from disclosure under applicable law. It is intended only for the use of the intended recipient(s) identified above. Any unauthorized review, dissemination, distribution, or duplication of this information is strictly prohibited. If you are not the intended recipient, please contact the sender immediately and permanently delete or destroy this communication and all attachments.

3

EXHIBIT A