```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/14/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
ASPEN AMERICAN INSURANCE COMPANY,    :
                                     :
                     Plaintiff,      :
         -against-                   :
                                     :     23-CV-3542 (VEC)
                                     :
DUAL COMMERCIAL LLC d/b/a DUAL       :     ORDER
SPECIALTY UNDERWRITERS,              :
                                     :
                     Defendant.      :
-------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

WHEREAS on October 25, 2023, the Court stayed all deadlines in this matter through May 10, 2024, Dkt. 30.

IT IS HEREBY ORDERED that the conference scheduled for Friday, November 17, 2023, is ADJOURNED *sine die*.

**SO ORDERED.**

Date: November 14, 2023
New York, New York

_____
**VALERIE CAPRONI**
**United States District Judge**