**BAILEY | CAVALIERI**

**MEMO ENDORSED**

SABRINA HAURIN
shaurin@baileycav.com
614-229-3253

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/20/2024

September 19, 2024

**VIA ECF**

Honorable Valerie E. Caproni
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

Re: *Aspen American Insurance Company v. Dual Commercial LLC d/b/a Dual Specialty Underwriters*, Civil Action No.: 1:23-cv-03542-VEC

Dear Judge Caproni:

Plaintiff Aspen American Insurance Company ("Aspen") and Defendant Dual Commercial LLC ("Dual") hereby submit this Joint Letter to the Court seeking a three-month extension of the case schedule.

To date, the parties to this action have diligently pursued discovery and have nearly completed all document production with the exception of one outstanding request from Dual, to which Aspen is presently preparing documents (the request has necessitated an ESI search). The parties have exchanged privilege logs and have resolved discovery disputes through the exchange of Rule 37 letters and meet-and-confer conferences. The parties are in the process of scheduling fact witness depositions. Aspen anticipates the need to take a deposition of a corporate representative of Dual, as well as a deposition of Heather Black, the underwriter who was working at Dual when she prepared the Specific Litigation/Event Exclusion at issue in the Underlying Action and this case. Dual anticipates taking the deposition of a corporate representative of Aspen, as well as representatives from the underlying insured's brokers.

The parties require additional time to complete fact discovery in this matter to complete the above-referenced depositions, as well as additional discovery related to damages and/or liability in this case arising out of the related underlying coverage action, currently pending before the Hawaii state court. Therefore, the parties jointly seek a three-month extension of the following deadlines:

| **Deadline** | **Current Date** | **Proposed Date** |
|---|---|---|
| All Fact Discovery | September 23, 2024 | December 23, 2024 |
| Expert Discovery | November 7, 2024 | February 7, 2025 |

Hon. Valerie E. Caproni
September 19, 2024
Page 2

The parties further request an adjournment of the pre-trial conference with the Court scheduled for September 27, 2024 at 10:00 A.M., for a date to be scheduled by the Court after the close of fact discovery. This is the parties' third request for an extension of the deadlines set forth in the case scheduling order in this case.

Very truly yours,

| BAILEY CAVALIERI LLC | FARRELL FRITZ, P.C. |
|---|---|
| By: /s/ Sabrina Haurin | By: /s/ Becky Baek |
| Brian Margolies<br>Kaufman Borgeest & Ryan LLP<br>200 Summit Lake Drive Valhalla, New York 10595 Telephone: (914) 449-1010<br>Facsimile: (914) 449-1100<br>bmargolies@kbrlaw.com | Matthew D. Donovan<br>Becky (Hyun Jeong) Baek<br>622 Third Avenue, 37th Floor<br>New York, NY 10017<br>(212) 687-1230<br>bbaek@farrellfritz.com |
| Sabrina Haurin, admitted *pro hac vice*<br>10 West Broad Street, Suite 2100<br>Columbus, Ohio 43215-3422<br>Telephone: (614) 229-3253<br>Facsimile: (614) 221-0479<br>shaurin@baileycav.com | *Attorneys for Defendant*<br>*Dual Commercial LLC* |

*Attorneys for Plaintiff*
*Aspen American Insurance Company*

---

Application GRANTED. The deadline to complete fact discovery is ADJOURNED to December 23, 2024, and the deadline to complete expert discovery is ADJOURNED to February 7, 2025. The conference scheduled for September 27, 2024, is ADJOURNED to **January 3, 2025, at 10:00 A.M.** in Courtroom 443 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York, 10007. The pre-conference joint letter, as described in Paragraph 10 of the Case Management Plan (Dkt. 22) is due **December 19, 2024**.

In light of the multiple extensions it has already granted in this matter, the Court will not further adjourn these deadlines absent good cause.

SO ORDERED.

*[signature]* 9/20/2024

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE